# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re<br><br>DIVINIA WATER, INC., an Idaho corporation,<br><br>Debtor | Ch. 11 No.  21-bk-40059-JMM<br><br>Judge Joseph M. Meier |

### ORDER ON FIRST INTERIM APPLICATION OF
### PARSONS BEHLE & LATIMER, COUNSEL TO DEBTOR
### DIVINIA WATER, INC. FOR ALLOWANCE OF
### COMPENSATION AND REIMBURSEMENT OF
### EXPENSES

Parsons Behle & Latimer ("**Parsons Behle**"), counsel to the above-captioned debtor and debtor in possession (the "**Debtor**"), having filed its First Interim Application (the "**Application**") pursuant to sections 328, 330, and 331 of title of the United States Code (the "**Bankruptcy Code**"), Rules 2002(c)(3) and 2016 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"); the Application having been properly and adequately noticed under Rule 2002, and that no other or further notice is necessary; and good cause appearing,

IT IS HEREBY ORDERED as follows:

1. The Application is hereby **APPROVED** to the extent set forth below;

2. Parsons Behle's requests for fees will be disallowed in the amount of $6,276.50 for rate increases, law clerk time, an interoffice conference, and travel time billed at full cost.

3. Parsons Behle's requests for (a) $6,277.50 for time spent on the Clear Blue analysis and (b) $9,109.50 for time spent on the automatic stay litigation will be disallowed without prejudice for application at a later time.

1

4.       Parsons Behle's remaining request for (a) allowance of compensation earned in the amount of $106,036.00 and (b) reimbursement for actual and necessary expenses for expenses incurred in the amount of $3,673.94, for a total of $109,709.94 are hereby **ALLOWED** on an interim basis;

5.       The Debtor is authorized and directed to pay the full allowed amount of $109,709.94 to Parsons Behle upon entry of this Order.

The Application is approved without prejudice to Parsons Behle's right to seek further compensation and reimbursement under a subsequent fee application.

**IT IS SO ORDERED.**

DATED:  April 21, 2022

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

*Order Prepared and Submitted by:*
Brian M. Rothschild, ISB #9462
**PARSONS BEHLE & LATIMER**
350 Memorial Drive, Suite 300
Idaho Falls, Idaho 83402
Telephone:  208.562.4900
Facsimile:  208.562.4901
BRothschild@parsonsbehle.com
ECF@parsonsbehle.com

*Attorneys for Debtor Divinia Water, Inc.*

4870-2423-1453

Approved:

Date: April 20, 2022                           By:
  /s/ Andrew S. Jorgensen (email authorization)
Andrew S. Jorgensen,
Attorney for United States Trustee

4870-2423-1453