## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF IDAHO, POCATELLO DIVISION

| | |
|---|---|
| In re<br><br>DIVINIA WATER, INC., an Idaho corporation,<br><br>      Debtor | Ch. 11 No.  21-bk-40059-JMM<br><br>Judge Joseph M. Meier |

## ORDER APPROVING SECOND AND FINAL APPLICATION OF PARSONS BEHLE & LATIMER, COUNSEL TO DEBTOR DIVINIA WATER, INC. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Parsons Behle & Latimer ("**Parsons Behle**"), counsel to the above-captioned debtor and debtor in possession (the "**Debtor**"), having filed its First Interim Application (the "**First Application**") pursuant to sections 328, 330, and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rules 2002(c)(3) and 2016 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**") for allowance of compensation and reimbursement of expenses on an interim basis, and the Court having previously granted, in part, the First Application on an interim basis; and Parsons Behle having filed the Second and Final Application for Compensation and Reimbursement of expenses (the "**Final Application**"), and finding that the Final Application having been properly and adequately noticed under Rule 2002 and the Local Rules, and that no other or further notice is necessary; the Court having considered the pleadings and papers on file herein; and good cause appearing,

4888-3511-0192

<u>IT IS HEREBY ORDERED as follows:</u>

1.      The Final Application is hereby **APPROVED** on a final basis to the extent described below;

2.      Parsons Behle's requests for (a) compensation for services rendered to the Debtor earned in the amount of $160,075.50[1] and (b) reimbursement for actual and necessary expenses for expenses incurred in the amount of $11,692.78, for a total allowed administrative priority expense claim in the amount of $171,768.28, are hereby **ALLOWED** on a final basis;

3.      Parsons Behle's First Application (a) for compensation earned in the amount of $106,036.00 and (b) reimbursement for actual and necessary expenses incurred in the amount of $3,673.94, for a total of $109,709.94, previously allowed on an interim basis (Order, ECF 143), is hereby **ALLOWED** on a final basis.

4.      The Debtor, now known as the Divinia Liquidating Trust, consistent with its agreement to pay all other professionals' fee applications in full first, is hereby authorized and directed under 11 U.S.C. §§ 330 and 331 to pay the entire allowed amount from the trust estate, consistent with its obligations in the Plan to maintain claim reserves and maintain the Trust, if and when funds become available.

**IT IS SO ORDERED.**



DATED:  September 1, 2022

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

The Court added footnote no. 1 to the proposed order submitted by Counsel.

---

[1] The total amount of attorney fees requested in the Application was more than the amount allowed by the Court at the hearing on August 29, 2022.  The amount contained in this order is the allowed amount.

4888-3511-0192

*Order Prepared and Submitted by:*

Brian M. Rothschild, ISB #9462
**PARSONS BEHLE & LATIMER**
350 Memorial Drive, Suite 300
Idaho Falls, Idaho 83402
Telephone:  208.562.4900
Facsimile:  208.562.4901
BRothschild@parsonsbehle.com


Approved by:
GREGORY M. GARVIN
Acting United States Trustee Region 18

By: /s/  Andrew S. Jorgensen
Andrew S. Jorgensen
andrew.jorgensen@usdoj.gov

4888-3511-0192